**AAT BIOQUEST, INC.,**
Plaintiff-Appellee

v.

**TEXAS FLUORESCENCE
LABORATORIES, INC.,**
Defendant-Appellant

**2016-2056**

United States Court of Appeals,
Federal Circuit.

Decided: February 15, 2017

KRISTA MARIE CARTER, Arnold & Porter Kaye Scholer LLP, Palo Alto, CA, argued for plaintiff-appellee. Also represented by DEBORAH E. FISHMAN.

RICK B. YEAGER, Austin, TX, argued for defendant-appellant.

Before Prost, Chief Judge, Moore and Chen, Circuit Judges.

Per Curiam.

On this limited record and in light of the arguments raised, the district court judgment is affirmed.

**AFFIRMED**

**Daniel Gabino MARTINEZ,**
Plaintiff-Appellant

v.

**UNITED STATES, Defendant-Appellee**

**2016-2168**

United States Court of Appeals,
Federal Circuit.

February 15, 2017

A. BLAIR DUNN, Western Agriculture, Resource and Business Advocates, LLP, Albuquerque, NM, argued for plaintiff-appellant. Also represented by DORI ELLEN RICHARDS.

ELIZABETH ANN PETERSON, Environment and Natural Resources Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOHN C. CRUDEN.

(Prost, Chief Judge; Moore and Chen, Circuit Judges ).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**